**Opinion issued October 2, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00451-CV

_____

## IN RE S. C. MAXWELL FAMILY PARTNERSHIP, LTD., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, S.C. Maxwell Family Partnership, LTD., has filed a petition for writ of mandamus challenging the trial court's order denying relator's motion to transfer venue in the underlying case.[*] We **deny** the petition for writ of mandamus.

### PER CURIAM

Panel consists of Justices Massengale, Brown, and Huddle.

---

[*] The underlying case is *Thomas Kent and Nancy Kent v. S.C. Maxwell Family Partnership, LTD.*, cause number 35517, pending in the 335th District Court of Washington County, Texas, the Honorable Carson Campbell presiding.